**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Steven J. H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 CV 50257 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| Andrew M. Saul, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the Court is Judge Schneider's Report and Recommendation that the plaintiff's motion for summary judgment be granted, the defendant's be denied, and the ALJ's decision be reversed and the case be remanded. Dkt. 24. Judge Schneider gave until 2/1/2023 for any objection, but none was filed. This Court finds Judge Schneider's Report and Recommendation [24] to be well-reasoned, finds no clear error, and therefore accepts it. See Johnson v. Zema Systems Corp., 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."). Accordingly, the plaintiff's motion for summary judgment is granted, the government's is denied, and this case is remanded for proceedings consistent with Judge Schneider's Report and Recommendation. Civil case terminated.

Date: March 6, 2023

                                                              Iain D. Johnston
                                                              United States District Judge